UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ronald Decker,<br><br>                Plaintiff,<br>v.<br><br>Verizon Wireless,<br><br>                Defendant. | Civil Action No.: 3:13-cv-00070<br><br>COMPLAINT<br><br>January 15, 2013 |

For this Complaint, the Plaintiff, Ronald Decker, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. This Court has original jurisdiction over Plaintiff's TCPA claims. Mims v. Arrow Fin. Serv., LLC, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here and a substantial portion of the acts giving rise to this action occurred here.

### PARTIES

5. Plaintiff, Ronald Decker ("Plaintiff"), is an adult individual residing in Winsted, Connecticut.

6. Defendant Verizon Wireless ("Verizon"), is a New York business entity with an address of 2000 Corporate Drive, Orangeburg, New York 10962.

## FACTS

7. Within the past month, Defendant placed up to 4 calls a day to Plaintiff's cellular telephone using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls") concerning an unpaid bill.

8. Additionally, Defendant sent Plaintiff a text message on his telephone requesting that Plaintiff return Defendant's call.

9. In response, on or around January 8, 2013, Plaintiff revoked his consent to receive Robocalls from Defendant by sending Defendant a text message informing Defendant of his intention to pay the bill on January 11, 2013, and demanding that Defendant cease harassing Plaintiff with numerous Robocalls.

10. Despite the foregoing request, Defendant continued to place up to 4 Robocalls a day to Plaintiff.

A. **Plaintiff Suffered Actual Damages**

11. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular

telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

14. The foregoing acts and omissions of the Defendants violations of the Telephone Consumer Protection Act, including the above-cited provision.

15. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

1. Statutory damages of $500.00 dollars for each violation, pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);
2. Attorney's costs and fees; and
3. Such other and further relief as may be just and proper.

TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: January 15, 2013

    Respectfully submitted,

    By   /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:   (203) 653-3424
    Attorney for Plaintiff