**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Ronald Decker,                     Plaintiff, <br> v. <br> Verizon Wireless, <br>                    Defendant. | Civil Action No.: 3:13-cv-00070 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated April 16, 2013

                                            Respectfully submitted,

                                            PLAINTIFF, Ronald Decker

                                            /s/ Sergei Lemberg

                                            Sergei Lemberg, Esq.
                                            LEMBERG & ASSOCIATES L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile:  (203) 653-3424
                                            slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent a notice of such filing to the following:

Patricia R. Rich
DUANE MORRIS, LLP
100 High Street, Suite 2400
Boston, MA 02110-1724

                                                         By  /s/ Sergei Lemberg
                                                               Sergei Lemberg