**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Ronald Decker, | : |
| | : Civil Action No.:  3:13-cv-00070 |
| Plaintiff, | : |
| v. | : |
| | : |
| Verizon Wireless, | : |
| | : |
| Defendant. | : |
| | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation; IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Verizon Wireless with prejudice and without costs to any party.

Ronald Decker                                    Verizon Wireless

  _/s/ Sergei Lemberg_____                     _/s/ Patricia R. Rich_

Sergei Lemberg, Esq. (Juris No. 425027)          Patricia R. Rich (CT 24953)
LEMBERG & ASSOCIATES                             DUANE MORRIS, LLP
1100 Summer Street, 3rd Floor                    100 High Street, Suite 2400
Stamford, CT  06905                              Boston, MA 02110-1724
(203) 653-2250                                   Telephone: +1 857 488 4290
*Attorney for Plaintiff*                          *Attorneys for Defendant*


_____

SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Patricia R. Rich
DUANE MORRIS, LLP
100 High Street, Suite 2400
Boston, MA 02110-1724

By /s/ Sergei Lemberg
Sergei Lemberg